**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Team Systems International, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG)<br><br>**Re: D.I. 272, 283** |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road, LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, and TSI Gulf Coast, LLC, and<br><br>John Does 1-100,<br><br>Defendants. | Adv. Proc. No. 23-50004 (CTG)<br><br>**Re: Adv. D.I. 3, 16** |

**ORDER APPROVING AGREED STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS BENJAMIN P. SMITH AND JESSICA M. SMITH**

The Court having considered the *Agreed Stipulation* between the Plaintiff, George L. Miller, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Team Systems International, LLC, and Defendants Benjamin P. Smith, and Jessica M. Smith (the "Agreed Stipulation"), and the Court having determined that good and adequate cause exists for granting the relief set forth in this Order; it is hereby ORDERED that:

1. The Agreed Stipulation annexed as Exhibit 1 to this Order hereby is approved.

2. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Dated: January 27th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Team Systems International, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG)<br><br>**Re: D.I. 272, 283** |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road, LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, and TSI Gulf Coast, LLC, and<br><br>John Does 1-100,<br><br>Defendants. | Adv. Proc. No. 23-50004 (CTG)<br><br>**Re: Adv. D.I. 3, 16** |

**AGREED STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS BENJAMIN P. SMITH AND JESSICA M. SMITH**

WHEREAS, on January 10, 2023, George L. Miller, solely in his capacity as the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Team Systems International, LLC and Plaintiff in the above-captioned adversary proceeding, filed the *Motion of the Chapter 7 Trustee for Entry of an Order (I) Extending the Freeze and Granting Preliminary Injunctive Relief,*

*and (II) Granting Related Relief, Pursuant to 11 U.S.C. § 105(A) and Fed. R. Bankr. P. 7065 with Respect to Defendants* [Main Case D.I. 272; Adv. D.I. 3] (the "Motion").[1]

WHEREAS, on January 20, 2022, Defendants Benjamin P. Smith and Jessica M. Smith (together, the "Smiths") and, to the extent ontologically possible, Brent Road LLC ("Brent Road"), filed a Joinder and Further Objection to the Motion [Main Case D.I. 278; Adv. D.I. 16] (the "Objection").

WHEREAS, on January 23, 2022, the Court conducted an evidentiary hearing on the Motion and the responses thereto, including the Objection (the "Hearing").

WHEREAS, the Smiths (and Brent Road, to the extent ontologically possible) contend that the Trustee failed to demonstrate a basis for preliminary injunctive relief as to them, and further contend that such relief is not warranted.

WHEREAS, the Smiths are nevertheless willing to provide consensual notice as described herein, without otherwise waiving any rights, claims or defenses.

WHEREAS, as set forth in the Motion and other filings in this adversary proceeding, the Trustee contends that, prior to the Petition Date, the Debtor made more than $1.8 million in transfers to or for the benefit of the Smiths, including the transfers used to acquire the Bethesda Property, and that the Debtor did so with actual intent to hinder, delay or defraud creditors and that, absent the relief requested in the Motion, the Estate would be irreparably harmed.

WHEREAS, in light of the consensual notice as described herein, the Trustee is nevertheless willing to withdraw without prejudice his request for preliminary injunctive relief as to the Smiths and Brent Road, without otherwise waiving any rights, claims or remedies.

[1] Capitalized terms used but not defined in this Order have the meanings set forth in the Motion.

NOW THEREFORE, in consideration of the foregoing recitals, the parties agree as follows:

1. The Motion is hereby deemed withdrawn, without prejudice, as to the Smiths and Brent Road.

2. Except as may be modified by later agreement or Court Order, each of Benjamin P. Smith and Jessica M. Smith shall provide at least thirty (30) days' written notice to the Trustee prior to any sale, assignment, transfer, encumbrance, mortgage, or other disposition of any portion or all of their respective interests in the real property located at 8401 Whitman Drive, Bethesda, Maryland 20817 (the "Bethesda Property").

3. Within twenty (20) days of execution of this Agreed Stipulation, the Smiths shall identify to the Trustee all current mortgages, liens, or other encumbrances on the Bethesda Property, including the name and current amount owed to each holder of such mortgage, lien or encumbrance.

4. Jessica M. Smith represents that Brent Road is dissolved and that it has no assets.

5. This Agreed Stipulation is without prejudice to the rights of either the Trustee or the Smiths to seek further relief, including a request to terminate, expand upon, amend or modify the notice obligations described herein by motion on notice to the other party, and is without prejudice to the rights of the other party to oppose any such motion.

6. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") retains jurisdiction over the Trustee and the Smiths with respect to all matters arising from or relating to this Agreed Stipulation and the undertakings herein. Either the Trustee or the Smiths may seek relief from the Bankruptcy Court, including by motion on shortened notice pursuant to the Local Rules of the Bankruptcy Court, for any breach of the terms of this Agreed Stipulation.

7. In executing this Agreed Stipulation, each party represents and warrants that they have had a full and fair opportunity to consult with their chosen counsel and that they are fully aware of the content and effects of this Agreed Stipulation.

[Signature page(s) follows]

**ACCEPTED and AGREED to:**

January 26, 2023

GEORGE L. MILLER, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Team Systems International, LLC

January 26, 2023

BENJAMIN P. SMITH

January 26, 2023

JESSICA M. SMITH