# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Team Systems International, LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC,<br><br>                Plaintiff,<br><br>-against-<br><br>Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, TSI Gulf Coast, LLC, TSI Education & Training, Inc., and Team Systems International Southeast LLC, and<br><br>John Does 1-100,<br><br>                Defendants. | Adv. Proc. No. 23-50004 CTG)<br><br>**Re: Adv. D.I. 51** |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER ENLARGING TIME TO EFFECT SERVICE OF ORIGINAL PROCESS

On April 10, 2023, George L. Miller, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Team Systems International, LLC and Plaintiff in the above-captioned adversary proceeding, filed the *Motion of the Chapter 7 Trustee for Entry of an Order Enlarging Time to Effect Service of Original Process* [Adv. D.I. 51] (the "Motion"). Objections to the Motion were due to be filed and served no later than April 24, 2023, at 4:00 p.m. (prevailing Eastern Time).

2

The undersigned hereby certifies that, as of the date hereof, he has received no formal or informal objection or response to the Motion.

The undersigned further certifies he has caused the review of the Court's docket in this adversary proceeding and no objection or response to the Motion appears thereon.

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Motion.

| | |
|---|---|
| Dated: April 25, 2023 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Bryan J. Hall*<br>David W. Carickhoff (No. 3715)<br>Bryan J. Hall (No. 6285)<br>300 Delaware Ave., Suite 1100<br>Wilmington, DE 19801<br>(302) 777-4350<br>(302) 777-4352 (fax)<br>dcarickhoff@archerlaw.com<br>bjhall@archerlaw.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |