IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Team Systems International, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC.,<br><br>Plaintiff,<br><br>-against-<br><br>Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, TSI Gulf Coast, LLC, TSI Education & Training, Inc., and Team Systems International Southeast LLC, and<br><br>John Does 1-100,<br><br>Defendants. | Adv. Proc. No. 23-50004 (CTG) |

NOTICE OF SERVICE OF
PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

PLEASE TAKE NOTICE that, on January 5, 2024, Plaintiff George L. Miller, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Team Systems International, LLC, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure and Rules 7026, 7033, and 7034 of the Federal Rules of Bankruptcy Procedures, served the following discovery requests:

- *Plaintiff's First Set of Requests for Documents and Tangible Things to Deborah Evans Mott*

- *Plaintiff's First Set of Interrogatories to Defendant Deborah Evans Mott*

- *Plaintiff's First Set of Requests for Documents and Tangible Things to Steven M. Acosta*

- *Plaintiff's First Set of Interrogatories to Defendant Steven M. Acosta*

- *Plaintiff's First Set of Requests for Documents and Tangible Things to Christopher Mott*

- *Plaintiff's First Set of Interrogatories to Defendant Christopher Mott*

- *Plaintiff's First Set of Requests for Documents and Tangible Things to John S. Maciorowski*

- *Plaintiff's First Set of Interrogatories to Defendant John S. Maciorowski*

- *Plaintiff's First Set of Requests for Documents and Tangible Things to Addy Road LLC*

- *Plaintiff's First Set of Requests for Documents and Tangible Things to Team Systems International Southeast LLC*

The above-listed discovery requests were served upon the following counsel for Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, and Team Systems International Southeast LLC:

Frederick B. Rosner
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
rosner@teamrosner.com

Michael M. Munoz
Golenbock Assor Bell & Peskoe LLP
711 Third Avenue
New York, New York 10570
mmunoz@golenbock.com

Dated: January 5, 2024

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
carickhoff@chipmanbrown.com
hall@chipmanbrown.com

-and-

Adam D. Cole, Esq. (admitted *pro hac vice*)
501 5th Ave. 15th Floor
New York, New York 10017
(646) 685-8363
cole@chipmanbrown.com

*Proposed Counsel to the Chapter 7 Trustee*