IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
::
In re: : Chapter 7
:
TEAM SYSTEMS INTERNATIONAL, LLC, : Case No. 22-10066 (CTG)
:
      Debtor, :
_____ :
:
GEORGE L. MILLER, solely in his capacity as :
The Chapter 7 Trustee of Team Systems :
International, LLC, :
: Adv. Proc. No. 23-50004 (CTG)
      Plaintiff, :
:
      v. :
:
DEBORAH EVANS MOTT, STEVEN M. :
ACOSTA, CHRISOPHER MOTT, JOHN S. :
MACIOROWSKI, ADDY ROAD LLC, BRENT :
ROAD LLC, BENJAMIN P. SMITH, JESSICA : Related AP Docket No's 37, 115
M. SMITH, and TSI GULF COAST, LLC, and :
:
JOHN DOES 1-100, :
:
      Defendants. :
_____

**MOTION FOR SANCTIONS UNDER FEDERAL RULE OF
BANKRUPTCY PROCEDURE 9011 AND 28 U.S.C. §1927[1]**

George L. Miller ("Miller"), acting *solely and exclusively* in his capacity as the appointed

chapter 7 Trustee (the "Trustee") of Team Systems International, LLC (the "Debtor") hereby files

this motion for sanctions under Fed. R. Bankr. P. 9011 against *the 2 law firms* representing (i)

---

[1] 28 U.S.C. Section 1927 is another source of authority for the Court to impose sanctions on the PLOD, encompassing as it does attorney liability for excess costs in litigation. The Movant here respectfully submits such sanctions are appropriate given the information discussed herein, especially given the Court's thorough knowledge of the PLOD's misdeeds thus far in the AP and the main bankruptcy case.

Deborah Evans Mott, (ii) Steven M. Acosta, (iii) Christopher Mott and (iv) John S. Maciorowski (together, the "Partial List of Defendants" or "PLOD"). The PLOD are some, but not all, of the Defendants in this adversary proceeding ("AP") commenced by the Trustee.

/s/ James E. Huggett
James E. Huggett, Esquire (DE ID #3956)

and

/s/ Joe Yeager
Joe Yeager, Esquire (DE ID # 5429)

Margolis Edelstein
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Tel.: 302-888-1112
Fax: 302-888-1119
jhuggett@margolisedelstein.com
jyeager@margolisedelstein.com

*Attorney for George L. Miller, Solely and exclusively in his capacity as The Chapter 7 Trustee of Team Systems International, LLC and as the Counterclaim Defendant*

Dated: February 20, 2024
Wilmington, DE