# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TEAM SYSTEMS INTERNATIONAL, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, TSI Gulf Coast, LLC, TSI Education & Training, Inc., and Team Systems International Southeast LLC, and<br><br>John Does 1-100,<br><br>Defendants. | Adv. Proc. No. 23-50004 (CTG)<br><br><br><br>**Re:**  **D.I. 422 & 436**<br>**Adv. D.I. 145 & 153** |

**DEFENDANTS' NOTICE OF PARTIAL WITHDRAWAL,**
**WITHOUT PREJUDICE, OF THEIR RULE 60(B)(3) MOTION**

Deborah Evans Mott ("Mott"), Steven M. Acosta ("Acosta"), Christopher Mott ("Chris Mott"), John S. Maciorowski ("Maciorowski") (Mott, Acosta, Chris Mott, and Maciorowski are collectively referred to herein as the "Members") and Addy Road LLC ("Addy Road" and, together with the Members, the "Defendants"), by and through their undersigned counsel, hereby submit this Notice of Partial Withdrawal, Without Prejudice, of Defendants' Motion (the "Motion") [D.I. 422, Adv. D.I. 145] to set aside the Court's prior decision, entered on January 31, 2023 [D.I. 304; Adv. D.I. 29] (the "Decision") on the grounds of Federal Rule of Civil Procedure 60(b)(3).

The Motion asks this Court to vacate its January 31, 2023 Decision, generally asserting that the Court's findings of bad faith and Debtor insolvency were based on factual allegations misrepresented to the Court.

Among other things, the Motion identifies the Court's finding that the Members are responsible for "whiting out" certain information on copies of three pages of the Debtor's bank account statements. The Motion contends that the Members were not responsible for those "white outs," and that the allegations upon which the Court relied for that finding were misrepresented to the Court. The Members' contention is based, in part, on a sworn statement from one of the Defendants and authenticated exhibits showing that the documents in question did not contain whited-out information at the time that the Debtor transmitted those documents to its then-counsel, Robinson & Cole, for production to creditors.

The Trustee filed an objection to the Motion on February 16, 2024 (the "Trustee's Objection") [D.I. 436, Adv. D.I. 153]. Included in the Trustee's Objection is a declaration from Robinson & Cole's general counsel, purporting to attach copies of the documents that the Debtor provided to Robinson & Cole for production. The copies of documents attached to the Robinson & Cole declaration include the "white outs" identified in the Court's January 31, 2023 Decision.

Defendants bear the burden of establishing adequate grounds to vacate the Court's finding that the Members were responsible for the white-outs identified in the Decision. While Defendants continue to stand by the veracity and accuracy of all statements made in the Motion, and all information submitted with the Motion, they also believe that the Robinson & Cole declaration and exhibits thereto create a dispute such that Defendants will not meet their burden to vacate the Court's finding that the Members were responsible for the white-outs identified in the Decision.

Accordingly, the Defendants withdraw, without prejudice, those portions of the Motion that seek to vacate the Court's finding that the Members were responsible for the white-outs identified in the Decision. The Debtor's bank statements, and responsibility for the white outs, are and will be subjects of ongoing discovery between the parties to this bankruptcy proceeding. Defendants reserve their rights to renew the withdrawn contention as warranted.

Dated: February 29, 2024
       Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Phone: (302) 777-1111
Email: rosner@teamrosner.com

**GOLENBOCK ASSOR BELL & PESKOE LLP**

*/s/ Michael M. Munoz*
Michael M. Munoz (admitted *pro hac vice*)
711 Third Avenue
New York, New York 10570
Phone: (212) 907-7345
Email: mmunoz@golenbock.com

**RANDY MOTT, ESQ.**

*/s/ Randy Mott*
Randy Mott, Esq. (admitted *pro hac vice*)

DC Bar 211037
1627 K St. N.W. Suite 400
Washington, DC 20006
Phone: 202-470-0106
randymott@rmottlaw.com

*Counsel to Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC and Team Systems International Southeast LLC*