**EXHIBIT 2**

**Documents and Things That Defendants Said They Will Produce, Subject to Their Objections.**

| Request for Production | RFP Number | | | | | |
|---|---|---|---|---|---|---|
| | **Mott** | **Acosta** | **CM** | **JM** | **Addy** | **TSI SE** |
| All Financial Records of TSI created between January 1, 2017 and the present including, but not limited to, all financial records maintained in hard copy, in cloud storage, on a computer, on a hard drive, on a server and/or utilizing any other document or data storage method. | 1 | 1 | 1 | 1 | | |
| All bank account statements for accounts maintained by TSI between January 1, 2017 and the present including, but not limited to, all redacted and unredacted versions of such bank statements. | 2 | 2 | 2 | 2 | | |
| All Documents concerning TSI's tax returns for the 2016 through 2022 tax years including, but not limited to, filed tax returns, unfiled tax returns, draft tax returns, communications concerning tax returns and working papers concerning all draft and final versions of tax returns, and all related and similar documents. | 3 | 3 | 3 | 3 | | |
| All Documents concerning each and every Schedule K-1 You received from TSI between January 1, 2017 and the present. | 4 | 4 | 4 | 4 | | |
| Documents sufficient to identify each and every accounting firm that provided services to TSI between January 1, 2017 and the present.[1] | 5 | 5 | 5 | 5 | | |
| All Documents concerning any transfer of cash or other property by TSI to You or for Your benefit between January 1, 2017 and the present including, without limitation, the transfers listed in **Exhibit A** of the FAC. | 8 | 8 | | | | |
| The original versions of all Documents You and/or TSI delivered to Robinson + Cole including, but not limited to, Documents of which copies were delivered to Robinson + Cole in person, by mail, by fedex, by UPS or by other express mail service, by electronic mail and/or by uploading Document copies into a database accessible to Robinson + Cole. | 10 | 10 | | | | |

---

[1] For this RFP, Defendants agreed to "create and produce a list of each and every accounting firm that provided services to TSI between January 1, 2018 and the present."

| Request for Production | RFP Number | | | | | |
|---|---|---|---|---|---|---|
| | **Mott** | **Acosta** | **CM** | **JM** | **Addy** | **TSI SE** |
| All Documents concerning any board of director, managers, or management committee meetings and actions including, but not limited to, all board or management committee information packages and all minutes and/or resolutions of TSI for 2017 through the present. | 14 | 14 | | | | |
| All Documents concerning financial projections that You and/or any TSI officer, board member, manager, employee, agent and/or consultant prepared concerning TSI. | 15 | 15 | 6 | 6 | | |
| All Documents concerning any financial budget that You and/or any TSI officer, board member, manager, employee, agent or consultant prepared concerning TSI. | 16 | 16 | 7 | 7 | | |
| All Documents concerning any valuation that You and/or any TSI officer, board member, manager, employee, agent or consultant prepared concerning TSI including, but not limited to, on a liquidation basis and/or as an enterprise or going concern. | 17 | 17 | 8 | 8 | | |
| All Documents concerning any authorization by any officer or manager of TSI for any transfer of cash or other property from TSI to You between January 1, 2017 and the present. | 18 | 18 | 9 | 9 | | |
| All Documents concerning the transfers listed in **Exhibit A** of the FAC including, but not limited to, Documents demonstrating the purposes for each transfer, invoices relating to each transfer, the method of each transfer, the accounts into which each transfer was deposited, the persons to whom each transfer was transferred (if any) and all related Documents. | 22 | 22 | 12 | 12 | | |
| All Documents concerning Your assertion in the Sixth Affirmative Defense to the FAC that TSI was not insolvent at the time of the transfers listed in **Exhibit A** of the FAC or rendered insolvent as a result of the in **Exhibit A** of the FAC. | 23 | 23 | 13 | 13 | | |
| All Documents upon which You base Your "information and belief" in Paragraph 77 of the Counterclaims that the Trustee "intentionally overstated the Debtor's expenses in order to support his claim in these proceedings that the Debtor is insolvent." | 24 | 24 | 14 | 14 | | |

2

| Request for Production | RFP Number | | | | | |
|---|---|---|---|---|---|---|
| | Mott | Acosta | CM | JM | Addy | TSI SE |
| All Documents concerning the consideration, value, property, assets and/or services that TSI received in connection with the transfers listed in **Exhibit A** of the FAC. | 25 | 25 | 15 | 15 | | |
| All Documents concerning any transfer of cash or other property from TSI to any entity that You control (or have controlled) and/or in which you own (or have owned) a direct or indirect interest between January 1, 2017 and the present. | 26 | 26 | 16 | 16 | | |
| All Documents concerning any transfer of cash or other property from TSI to any other person to pay for property, goods or services provided to You, on Your behalf and/or for Your benefit between January 1, 2017 and the present. | 27 | 27 | 17 | 17 | | |
| All Documents concerning any transfer of cash or other property from TSI to or for the benefit of any member of Your family between January 1, 2017 and the present. | 28 | 28 | 18 | 18 | | |
| All Documents concerning any transfer of cash or other property from TSI to Tesza concerning the FEMA Contract. | 47 | 47 | | | | |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to Tesza concerning the FEMA Contract. | 48 | 48 | | | | |
| All Documents concerning communications between You and Tesza concerning the FEMA Contract. | 49 | 49 | | | | |
| All Documents concerning communications between TSI and Tesza concerning the FEMA Contract. | 50 | 50 | | | | |
| All Documents concerning any contract between TSI and Tesza concerning the FEMA Contract. | 51 | 51 | | | | |
| All Documents concerning any invoice Tesza issued to TSI concerning the FEMA Contract. | 52 | 52 | | | | |
| All Documents concerning any transfer of cash or other property from TSI to Aqua Pools. | 53 | 53 | | 19 | | |

3

| Request for Production | RFP Number | | | | | |
|---|---|---|---|---|---|---|
| | **Mott** | **Acosta** | **CM** | **JM** | **Addy** | **TSI SE** |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to Aqua Pools. | 54 | 54 | | 20 | | |
| All Documents concerning communications between TSI and Aqua Pools. | 55 | 55 | | 21 | | |
| All Documents concerning communications between You and Aqua Pools. | 56 | 56 | | 22 | | |
| All Documents concerning any contract between TSI and Aqua Pools concerning the FEMA Contract. | 57 | 57 | | 23 | | |
| All Documents concerning any invoice Aqua Pools issued to TSI. | 58 | 58 | | 24 | | |
| All Documents concerning any transfer of cash or other property by TSI to the law firm of Shulman Rogers Gandal Pordy & Ecker P.A. and/or any of its attorneys or employees between January 1, 2017 and the present. | 59 | 59 | | | | |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to Shulman Rogers Gandal Pordy & Ecker P.A. and/or any of its attorneys or employees between January 1, 2017 and the present. | 60 | 60 | | | | |
| All Documents concerning any transfer of cash or other property by TSI to the law firm of Tunnell & Raysor, P.A. and/or any of its attorneys or employees between January 1, 2017[/2019] and the present. | 61 | 61 | | | 11 | |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to the law firm of Tunnell & Raysor, P.A. and/or any of its attorneys or employees between January 1, 2017[/2019] and the present. | 62 | 62 | | | 12 | |
| All Documents concerning the purchase by Addy Road of the real property located at 20 Addy Road, Bethany Beach, Delaware, 19930. | 63 | 63 | 19 | 25 | 13 | |
| All Documents concerning any transfer of cash or other property by TSI to Southern Title between January 1, 2018 and the present. | 64 | 64 | | 26 | | |

4

| Request for Production | RFP Number | | | | | |
|---|---|---|---|---|---|---|
| | Mott | Acosta | CM | JM | Addy | TSI SE |
| All Documents concerning communications between TSI and Southern Title. | 65 [2] | 65 | | 27 | | |
| All Documents concerning communications between You and Southern Title. | 66 | | | 28 | | |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to Southern Title between January 1, 2018 and the present. | 67 | 66 | | 29 | | |
| All Documents concerning the purchase by You[/Mott] and JM[/Mott] of the real property located at 705 Riverside Drive, Ormand Beach, Florida 32176. | 68 | 67 | | 30 | | |
| All Documents concerning any transfer of cash or other property by TSI to McBee Custom Homes LC between January 1, 2020 and the present. | 69 | 68 | | | | |
| All Documents concerning communications between TSI and McBee Custom Homes LC. | 70 | 69 | | | | |
| All Documents concerning communications between You and McBee Custom Homes LC. | 71 | | | | | |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to McBee Custom Homes LC between January 1, 2020 and the present. | 72 | 70 | | | | |
| All Documents concerning any transfer of cash or other property by TSI to Coffelt Land Title, Inc. between January 1, 2020 and the present. | 73 | 71 | | | | |
| All Documents concerning communications between TSI and Coffelt Land Title, Inc. | 74 | 72 | | | | |
| All Documents concerning communications between You and Coffelt Land Title, Inc. | 75 | | | | | |

---

[2] In Mott's Responses to the RFP, this Request and a number that follow are mis-numbered by one digit (i.e., listed as 66 instead of 65). The numbers listed in this chart are the numbers of the original Requests in the RFPs.

| Request for Production | RFP Number | | | | | |
|---|---|---|---|---|---|---|
| | **Mott** | **Acosta** | **CM** | **JM** | **Addy** | **TSI SE** |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to Coffelt Land Title, Inc. between January 1, 2020 and the present. | 76 | 73 | | | | |
| All Documents concerning the purchase by You[/Mott] of the real property located at 1509 SW Conch Circle, Blue Springs, Missouri. | 77 | 74 | | | | |
| All Documents concerning communications between TSI and Addy Road. | 83 | 75 | 20 | | 5 | |
| All Documents concerning any transfer of cash or other property by TSI to [or for the benefit of] Addy Road, including, without limitation, the transfers listed in **Exhibit A** of the FAC. | 85 | 76 | 21 | | 7 | |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to [or for the benefit of] Addy Road. | 86 | 77 | 22 | | 8 | |
| All Documents concerning the Addy Road invoice dated January 4, 2019 issued to TSI in the amount of $2,999,998.60 for "Logistics and Fuel Services – HSFE70-17-J-0273CLIN 0016." | 88 | 78 | | | 14 | |
| All Documents concerning communications between TSI and Brent Road. | 94 | 79 | | | | |
| All Documents concerning any transfer of cash or other property by TSI to or for the benefit of Brent Road including, without limitation, the transfers listed in **Exhibit A** of the FAC. | 95 | 80 | | | | |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to or for the benefit of Brent Road. | 96 | 81 | | | | |
| All Documents concerning communications between TSI and TSI Education. | 102 | 82 | | | | |
| All Documents concerning any transfer of cash or other property by TSI to or for the benefit of TSI Education including, without limitation, the transfers listed in **Exhibit A** of the FAC. | 103 | 83 | | | | |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to or for the benefit of TSI Education. | 104 | 84 | | | | |

| Request for Production | RFP Number | | | | | |
|---|---|---|---|---|---|---|
| | Mott | Acosta | CM | JM | Addy | TSI SE |
| All Documents concerning communications between TSI and TSI Southeast. | 111 | 85 | | | | 5 |
| All Documents concerning any transfer of cash or other property by TSI to or for the benefit of TSI Southeast, including, without limitation, the transfers listed in **Exhibit A** of the FAC. | 112 | 86 | | | | 7 |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to or for the benefit of TSI Southeast. | 113 | 87 | | | | 8 |
| All Documents concerning communications between TSI and TSI Gulf Coast. | 115 | 96 | | | | |
| All Documents concerning any transfer of cash or other property by TSI to or for the benefit of TSI Gulf Coast including, without limitation, the transfers listed in **Exhibit A** of the FAC. | 116 | 97 | | | | |
| All Documents concerning any consideration, value, property, assets and/or services that TSI received in connection with the any transfer of cash or other property by TSI to or for the benefit of TSI Gulf Coast. | 117 [3] | | | | | |
| All Documents concerning any proposal submitted by TSI, You and/or any person that you control (or have controlled) or directly or indirectly own (or have owned) to the United States, including to any of its agencies such as FEMA and the agencies referred to in Paragraph 8 of the Counterclaims. | 125 | 112 | 32 | | | |
| All Documents concerning any payment received by TSI from FEMA between January 1, 2017 and the present. | 126 | 113 | 33 | | | |
| All Documents concerning Your assertion in Paragraph 28 of the Counterclaims that bank statements "were altered by the Judgment Creditors." | 139 | 126 | 38 | 34 | | |
| All Documents upon which You base Your "information and belief" referenced in Paragraph 53 of the Counterclaims that "the Judgment Creditors or their counsel altered the documents in a manner that redacted certain transactions." | 140 | 127 | 39 | 35 | | |

---

[3] Mott said she would produce documents in response to this RFP #117, while Acosta objected to the same RFP identified as #98.

| Request for Production | RFP Number ||||||
|---|---|---|---|---|---|---|
|  | Mott | Acosta | CM | JM | Addy | TSI SE |
| All Documents concerning the services provided by "Geek Squad" referenced in Paragraphs 57 and 58 of the Counterclaims including, but not limited to, any work orders, invoices, communications, receipts, reports, complaints and related telephone records. | 141 | 128 | 40 | 36 |  |  |
| All Documents concerning Your assertion in the Second Affirmative Defense in the Amended Answer that "the Trustee failed to mitigate the Estate's alleged damages." | 142 | 129 | 41 | 37 |  |  |
| All Documents concerning the "$5.7 million claim against FEMA" referenced in Paragraph 68 of the Counterclaims including, but not limited to, Documents that support the validity of the claim and the "all necessary documents" provided to the Trustee's counsel referenced in Paragraph 71 of the Counterclaims. | 143 | 130 | 42 | 38 |  |  |
| All Documents concerning the "unclean hands" asserted in the Third Affirmative Defense in the Amended Answer. | 144 | 131 | 43 | 39 |  |  |
| All Documents concerning the "pre-existing debt[s]" asserted in the Fifth Affirmative Defense in the Amended Answer. | 145 | 132 | 44 | 40 |  |  |
| All Documents concerning the assertion in the Fifteenth Affirmative Defense in the Amended Answer that "[t]he alleged transfers that the Complaint seeks to avoid were transfers of funds not belonging to the Debtor." | 146 | 133 | 45 | 41 |  |  |
| All Documents concerning the $100,000.00 transfer by TSI to You on May 10, 2021. | 147 |  |  |  |  |  |
| All Documents concerning the $150,000.00 transfer by TSI to You on May 10, 2021. | 148 |  |  |  |  |  |
| All Documents concerning any amounts owed to TSI by the Defense Logistics Agency. | 153 | 135 | 47 | 43 |  |  |
| All TSI business records on Your computer in Texas, referred to by You on page 66 of the March 23, 2022 hearing transcript in this Bankruptcy Case. |  | 140 |  |  |  |  |

| Request for Production | RFP Number | | | | | |
|---|---|---|---|---|---|---|
| | Mott | Acosta | CM | JM | Addy | TSI SE |
| All Documents concerning Your testimony that "There's another contract with Sea Card, which is a global support fueling contract that we get 15, 20 requests a day, you know, not all of them we can fulfill. . . .," referred to at page 194 of the transcript of the March 17, 2022 hearing in this Bankruptcy Case. | | 147 | | | | |
| All Documents concerning Your testimony that ". . . we have the claim that we're putting in, I believe, this week for the change order . . . ," referred to at page 207 of the transcript of the March 17, 2022 hearing in this Bankruptcy Case. | | 148 | | | | |
| All Documents concerning Your testimony that "We want to have it [the $6.8 million FEMA claim] submitted by the end of this week. "referred to at page 208 of the transcript of the March 17, 2022 hearing in this Bankruptcy Case. | | 149 | | | | |
| All Documents concerning why the $6.8 million FEMA claim was not submitted in or before March 2022. | | 150 | | | | |
| All Documents concerning communications between any TSI Member and Addy Road. | | | | | 6 | |
| All Documents concerning communications between any TSI Member and TSI Southeast. | | | | | | 6 |

9