# SIGN-IN SHEET

JUDGE: Goldblatt  COURTROOM: 7

CASE NUMBER  22-10066 AP: 23-50004 CASE NAME: TSI/ Miller v Mott  DATE: 7/10/2026 (9:30 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bryan Hall | Chipman Brown | Chapter 7 Trustee |
| David Carickhoff | " | " |
| RANDY MOTT | Law Office R. Mott | Defendants |
| John Malik | J. Malik Esq. | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Case 23-50004-CTG   Doc 628   Filed 07/10/26   Page 1 of 2

| First Name | Last Name | Firm | | | | Rep | | | Via | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| David | Carickhoff | Chipman Brown Cicero & Cole, LLP | | | | Plaintiff/Trustee George Miller | | | Video and Audio | | |
| Adam | Cole | Chipman Brown Cicero & Cole LLP | | | | George Miller | | | Video and Audio | | |
| William | Homony | Miller Coffey Tate LLP | | | | Plaintiff/Trustee | | | Video and Audio | | |
| Jonathan | Lipshie | DOJ-Ust | | | | UST | | | Video and Audio | | |
| Vince | Sullivan | Law360 | | | | | | | Audio Only | | |
| Maria | Whalen | Chipman Brown Cicero & Cole | | | | | | | Video and Audio | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |