## Nickita Barksdale

| | |
|---|---|
| **From:** | Deborah Mott <dmott@addyroad.com> |
| **Sent:** | Thursday, July 23, 2026 10:34 AM |
| **To:** | Nickita Barksdale; Demitra Yeager |
| **Cc:** | cole@chipmanbrown.com; hall@chipmanbrown.com; carickhoff@chipmanbrown.com; steve acosta |
| **Subject:** | EMERGENCY REVIEW REQUESTED Main Case No. 22-10066 (CTG); Adv. Proc. Case No. 23-50004 (CTG) |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Subject: EMERGENCY REVIEW REQUESTED Main Case No. 22-10066 (CTG); Adv. Proc. Case No. 23-50004 (CTG)
Emergency Motion to Extend Post-Trial Submission Deadline

Dear Ms. Barksdale and Chambers Staff,

We have filed Pro Se in the above-referenced matter.
We have just this day filed an emergency motion requesting an immediate extension of the post-trial motion submission deadline, which is currently tomorrow, July 24, 2026. We are writing to request emergency review of this request by Judge Goldblatt.
The relevant filing details are listed below:
**Substantive Motion:** Emergency Motion to Extend Post-Trial Submission Deadline (Docket No. 635, Adv. Proc. Case No. 23-50004 (CTG)
**Motion to Shorten Notice:** Motion to Shorten Notice (Docket No. not yet assigned, filed this morning)
**Nature of the Emergency:** The post-trial submission is due tomorrow, July 24. However, a Motion for Recusal was filed yesterday, July 22, 2026 (Docket No. 635, Adv. Proc. Case No. 23-50004 (CTG)). It is judicially efficient to extend the post-trial deadline until the Court has had the opportunity to hear and rule upon the pending recusal motion, as the outcome directly affects the post-trial proceedings.
**Position of Opposing Counsel:** Opposing counsel has been consulted and **opposes** this request for an extension.
**Requested Relief:** Because of the pending deadline tomorrow and the lack of consensus, we respectfully request an immediate review and written order extending the deadline or denying the request to extend the deadline until the recusal motion is adjudicated.
Opposing counsel is copied on this email. We are available immediately at the phone number below should Chambers have any questions or require further information.
Thank you for your time and assistance with this urgent matter.
Sincerely,
Deborah Mott, Steve Acosta, Christopher Mott, JMaciorowski
Pro Se
Deborah Mott phone number 703 217 7648

---